193 So. 881

**Jesse Carroll FRAZIER v. STATE.**

6 Div. 551.

Supreme Court of Alabama.

Feb. 28, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal withdrawn by appellant and dismissed.

193 So. 881

**Charlie JOHNSON v. STATE.**

8 Div. 7.

Supreme Court of Alabama.

Jan. 18, 1940.

Herbert Carmichael, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

195 So. 904

**M. L. LANEY v. INTERNATIONAL HARVESTER CO.**

8 Div. 31.

Supreme Court of Alabama.

May 16, 1940.

Smith, Windham, Jackson & Rives, of Birmingham, for appellee.

PER CURIAM.

Affirmed on certificate on motion of appellee.

193 So. 881

**James, alias Jim, McANALLY v. STATE.**

8 Div. 30.

Supreme Court of Alabama.

Jan. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed by appellant.